# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 58 DB 2022  (No. 30 RST 2022) |
| | : | |
| JESSICA ELIZABETH CHRISTIE | : | Attorney Registration No. 88217 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Allegheny County) |

## O R D E R

**PER CURIAM**

AND NOW, this 30th day of June, 2022, the Report and Recommendation of Disciplinary Board Member dated June 20, 2022, is approved and it is ORDERED that JESSICA ELIZABETH CHRISTIE, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.